Hayes Creek Country Club, Inc. *v.* Central Penn Quarry Stripping and Construction Company, Appellant.

Argued April 23, 1962.   Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*John P. Thomas,* with him *Boyd H. Walker,* and *Walker & Walker,* for appellant.

*Roger N. Nanovic,* with him *Albert F. Maier,* for appellee.

OPINION PER CURIAM, May 21, 1962:

Judgment affirmed on opinion of President Judge CAMPBELL, specially presiding.

Mr. Chief Justice BELL would reverse and enter judgment n.o.v. for defendant.